IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CR106

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| BARRON SLOAN HENDERSON. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon counsel for defendant's Motion to Withdraw (#159). An identical motion has been filed in 1:08cr115-1 (#24), which is being set for hearing in accordance with the instructions of the district court. Order (#26). The court will calendar this motion for hearing at the same time as the Motion to Withdraw in 1:08cr115-1.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Withdraw (#159) is **CALENDARED** for hearing at the same time as the Motion to Withdraw in 1:08cr115-1.

Signed: June 29, 2009

Dennis L. Howell
United States Magistrate Judge