IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:07CR106

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BARRON SLOAN HENDERSON, | ) |
| | ) |
| Defendant. | ) |

FILED
ASHEVILLE, N.C.
OCT 20 2010
U.S. DISTRICT COURT
W. DIST. OF N.C.

**ORDER DISMISSING**

**211 SHADOW LANE, LYMAN, SOUTH CAROLINA,**

**FROM**

**SIXTH PRELIMINARY ORDER OF FORFEITURE**

**WITH PREJUDICE**

UPON the Motion of the United States and for good cause shown, the following property is dismissed from the Sixth Preliminary Order of Forfeiture with prejudice:

> 211 Shadow Lane, Lyman, South Carolina, being lot 12, Stanley L. & Lorraine T. Clippinger, being 1.34 acres, more or less, as described in a deed at Page 85B, Page 815, of the Land Registry of Spartanburg County, South Carolina.

IT IS SO ORDERED.

This the 19th day of October, 2010.

_____
THOMAS SELBY ELLIS, III
UNITED STATES DISTRICT JUDGE