IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:07CR106

FILED
ASHEVILLE, NC
MAY - 1 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA, )
)
                Plaintiff, )
)
    v. )
)
BARRON SLOAN HENDERSON, )
)
            Defendant. )
)
)

**ORDER CORRECTING**

**REAL PROPERTY DESCRIPTION**

**IN SIXTH PRELIMINARY**

**ORDER OF FORFEITURE**

UPON THE MOTION of the United States, the Court, pursuant to Fed. R. Crim. P. 60(a)

(Corrections Based on Clerical Mistakes; Oversights and Omissions) corrects the description of

the real property known as "140 Shadow Lane" in the Sixth Preliminary Order of Forfeiture to

read:

    **140 Shadow Lane, Lyman, South Carolina, being lots 74 and 75 of the Lettie Henson Estate, 4.9 acres, more or less, as described in a deed at Book 65Z, Page 311, and in a deed at Book 75G, Page 470, of the Land Registry of Spartanburg County, South Carolina.**

IT IS SO ORDERED

This the ___1st___ day of _____May_____ , 2012 .

_____
THOMAS SELBY ELLIS, III
UNITED STATES DISTRICT COURT JUDGE