UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:07CR106

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | JOINT |
| | ) | |
| v. | ) | WITHDRAWAL OF SETTLEMENT |
| | ) | AGREEMENT |
| BARRON SLOAN HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the United States of America, by and Anne Tompkins, United States Attorney for the Western District of North Carolina, and First Citizens Bank and Trust Company ("First Citizens") through its counsel, to hereby stipulate and agree to withdraw the Settlement Agreement entered into between the parties on January 9, 2014, Document 263, related to the following real property:

> **140 Shadow Lane, Lyman, South Carolina, being lot 74, of the Lettie Henson Estate, 2.314 acres, more or less, as described in a deed at Page 65Z, Page 311, of the Land Registry of Spartanburg County, South Carolina.**

In the Settlement Agreement, the parties agreed to allow First Citizens to proceed with the foreclosure on the subject property because of the default of the defendant and his wife, Julie M. Henderson, on the note pertaining to the property. First Citizens initiated foreclosure against the Defendant, Barron Sloan Henderson and his wife, Julie M. Henderson. However, during the pendency of the foreclosure the Defendant and his wife sought hardship relief from the Bank, and First Citizens allowed them to reinstate the mortgage by curing their default; and

NOW THEREFORE the parties jointly withdraw the Settlement Agreement. Document 263.

1

This the 13th day of June, 2014.

*/s/ James N. Cassidy*
James H. Cassidy, Fed ID # 73
jcassidy@roecassidy.com
Roe Cassidy Coates & Price, PA
Post Office Box 10529
Greenville, SC 29603
Attorneys for First Citizens Bank and Trust Company, Inc.


ANNE M. TOMPKINS
UNITED STATES ATTORNEY

s/ THOMAS R. ASCIK
ASSISTANT UNITED STATES ATTORNEY
North Carolina Bar No. 17116
Attorney for the United States
100 Otis Street
Asheville, North Carolina 28801
Telephone: 828-259-0644
Fax: 828-271-4670
E-mail: thomas.ascik@usdoj.gov