IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 1:07cr106 |
| BARRON SLOAN HENDERSON | ) |

## ORDER

A consent order on Julie Henderson's thirty party petition was entered on February 2, 2017, removing certain property from the Sixth Preliminary Order of Forfeiture by Substitution. (Doc. 266.) On February 23, 2017, two parties to the Consent Order, Julie Henderson and Wells Fargo Bank, filed a supplemental agreement to the Consent Order. (Doc. 267.) This supplemental agreement, though, does not appear to affect forfeiture, but instead is a private agreement between these two private parties.[1] Accordingly, no court action is necessary at this time unless the parties show cause otherwise.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Alexandria, VA

April 6, 2017

/s/ T. S. Ellis, III
United States District Judge

---

[1] The government does not appear to be involved in this supplemental agreement.